Robert E. JACKSON, Appellant,

v.

Larry B. NORRIS, Director, Arkansas Department of Correction; Dale Reed, Warden, Arkansas Department of Correction; A.J. Hall, Major, Chief of Security, Arkansas Department of Correction; Savell Everett, Lieutenant, Arkansas Department of Correction; D. Harris, Captain, Arkansas Department of Correction; James Dickerson, CO–I, Arkansas Department of Correction; Larry D. White, CO–I, Arkansas Department of Correction; D. Woodard, Arkansas Department of Correction, Appellees.

No. 00–1781.

United States Court of Appeals, Eighth Circuit.

Submitted April 6, 2001.

Decided April 18, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

 Arkansas inmate Robert E. Jackson brought a 42 U.S.C. § 1983 action against the prison officials named in his complaint for injuries Jackson suffered during an August 1994 attack by another inmate. Concluding Jackson's action was precluded by our decision in *Jackson v. Everett*, 140 F.3d 1149 (8th Cir.1998), the district court dismissed the complaint on res judicata grounds. Having carefully reviewed the record, we agree with the district court's ruling. We also conclude that to the extent Jackson's claims are not barred by the doctrine of res judicata, they are barred by Arkansas's three-year statute of limitations. *See* ARK.CODE ANN. § 16–56–105 (Michie 1987); *Wilson v. Garcia*, 471 U.S. 261, 276–79, 105 S.Ct. 1938, 85 L.Ed.2d 254 (1985); *Hillary v. Trans World Airlines, Inc.*, 123 F.3d 1041, 1044 n. 2 (8th Cir.1997); *Courtney v. First Nat'l Bank*, 300 Ark. 498, 780 S.W.2d 536, 537–

38 (1989). We thus affirm the judgment of the district court. *See* 8th Cir. R. 47B.

A true copy.